## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, *et al.* [1] | ) | Case No.: 13-22702 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Parkland Properties, LLC, *et al.* | ) | |
| | ) | Adv No: 15A238 |
| v. | ) | |
| | ) | |
| James Brettner, Glenn Brettner | ) | Judge Donald R. Cassling |
| Bridgeview Bank | ) | |
| | ) | |

### NOTICE OF MOTION

To:   Attached Service List

PLEASE TAKE NOTICE THAT ON **April 28, 2015 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, in Courtroom 619 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his place and stead, and then and there present the attached Motion for Entry of Agreed Judgment Order, at which time you may appear as you deem necessary.

Joshua D. Greene<br>
SPRINGER BROWN, LLC<br>
400 S. County Farm Road, Ste. 330<br>
Wheaton, IL 60187<br>
630-510-0000

### CERTIFICATE OF SERVICE

I, Joshua D. Greene, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on **April 21, 2015** with proper postage prepaid.

/s/ Joshua D. Greene

---

[1] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); Parkland V, LLC (Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

**Service List**

*Via Electronic Service*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604


*Via United States Mail*

Glenn M. Brettner
3217 West Potomac Avenue
Chicago, IL 60651

Adam B. Rome
Greiman, Rome & Griesmeyer, PC
200 W. Madison
Ste. 755
Chicago, IL 60606

Douglas Lipke
Whitney Fogelberg
Vedder Price
222 North Lasalle St.
Chicago, IL 60601

Brian Graham
7634 Lakeside Drive
Frankfort, IL 60423

Bridgeview Bank Group
Attn: Steven Landek, President
7940 South Harlem Avenue
Bridgeview, IL 60455

James Brettner
3217 West Potomac Ave.
Chicago, IL 60651

James Brettner
145 Hill St.
Williams Bay, WI 53191

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, *et al.* | ) | Case No.: 13-22702 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| Parkland Properties, LLC, *et al.* | ) | |
| | ) | Adv No: 15A238 |
| v. | ) | |
| | ) | |
| James Brettner, Glenn Brettner | ) | Judge Donald R. Cassling |
| Bridgeview Bank | ) | |
| _____ | ) | |

**MOTION FOR ENTRY OF AGREED JUDGMENT ORDER AS TO JAMES**
**BRETTNER AND GLENN BRETTNER**

NOW COMES Parkland Properties, LLC, Debtor in Possession, ("Movant"), by and through special counsel, Joshua D. Greene of the law firm of SPRINGER BROWN, LLC., and moves this Honorable Court for the entry of an agreed judgment order as to Defendants Glenn Brettner and James Brettner, and in support thereof respectfully states as follows:

**Background**

1. On May 31, 2013, Plaintiff commenced a Chapter 11 bankruptcy proceeding currently pending in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, styled In re: Parkland Properties, LLC, et al. , 13-22702 being jointly administered with Parkland II, LLC (Case No. 13-25121), Parkland III, LLC (Case No. 13-25125), Parkland IV, LLC (Case No. 13-26018), Parkland V, LLC ( Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

2.  The Plaintiff continues to manage and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Code.

3.  On May 14, 2013, the Plaintiff (Parkland VI, LLC) transferred real property located at 3217 West Potomac, Chicago, IL 60651(the "Potomac Property") to the Defendants via a Quit Claim Deed.

4.  Additionally, on February 13, 2013, the Plaintiff (Parkland II, LLC) transferred real property located at 1508 North Artesian, Chicago, Illinois (the "Artesian Property") to the Debtor via a Quit Claim Deed, which was recorded on March 19, 2013.

5.  On May 31, 2013, the same date as the filing of Movant's chapter 11 petition, Bridgeview Bank recorded a judgment lien based on a judgment obtained against the Debtor in the Circuit Court of Cook County, Illinois. Because the Potomac Property and Artesian Property were titled in the name of the Debtor, the judgment lien became a lien on both the Potomac Property and the Artesian Property that the Debtor had been transferred from the Movant.

6.  On April 7, 2015, Plaintiff filed a complaint to avoid the transfer of the Potomac Property and the Artesian Property to the Defendants and the judgment lien of Bridgeview Bank, as both were done within the avoidance period applicable to the Plaintiff's bankruptcy proceeding.

7.  James Brettner and Glenn Brettner were served with the complaint on April 7, 2015.

8.  Both James Brettner and Glenn Brettner have agreed to entry of a judgment order avoiding the transfer of the Potomac Property and the Artesian Property

referenced above, which would bring both properties within the bankruptcy estate of the Plaintiffs. An agreed judgment order signed by Defendants is attached as Exhibit A. [2]

9.    Accordingly, Plaintiff requests entry of the agreed judgment order attached hereto as Exhibit A.

**WHEREFORE,** Parkland Properties, LLC and its affiliates, respectfully requests that this Court enter the agreed judgment order attached as Exhibit A, and for any such other and further relief as this Court deems just and equitable.

> Respectfully Submitted,
> Parkland Properties, LLC, Parkland II, LLC,
> Parkland III, LLC, Parkland IV, LLC,
> Parkland V, LLC, Parkland VI, LLC
>
>
> By: ___/s/Joshua D. Greene/s/_____
>       One of its attorneys

Joshua D. Greene (#6292914)
Springer, Brown, LLC
Wheaton Executive Center
400 South County Farm Rd., #330
Wheaton, Illinois 60187
Phone: (630) 510-0000
Fax: (630) 510-0004

---

[2] The judgment order was executed separately by each defendant, thus there are two separate signature pages attached.